IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| R.A.D. SERVICES, a Nebraska limited liability company, Assignee, | ) ) ) | CASE NO. _____ |
| Plaintiff, | ) ) | |
| v. | ) ) | **NOTICE OF REMOVAL** |
| STATE FARM INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that Defendant State Farm Fire and Casualty Company, incorrectly sued as State Farm Insurance Company, ("State Farm"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes this action from the District Court of Douglas County, Nebraska, where it is now pending, to the United States District Court for the District of Nebraska.  In support thereof, State Farm states as follows:

## BACKGROUND

1.     Plaintiff R.A.D. Services ("R.A.D.") initiated this suit on June 13, 2018, in the District Court of Douglas County, Nebraska against State Farm.  The case is styled, "R.A.D. SERVICES, a Nebraska limited liability company, Assignee, Plaintiff, vs. STATE FARM INSURANCE COMPANY, Defendant," and is assigned Case Number D01CI180005372.   (Complaint and Demand for Jury Trial, attached hereto as Exhibit "A")

2.     R.A.D. effected service on State Farm on June 20, 2018

3.     R.A.D. alleges that nine Nebraska State Farm insureds sustained covered losses to their homes in a severe weather event (the "Insureds").  (Exhibit "A" at ¶ 15). According to R.A.D., each of the Insureds executed an "Assignment of Insurance Claims in favor of Brokram, Inc. d/b/a Elite Exteriors." (*Id.* at ¶ 10 and Exhibit "A" attached thereto).  R.A.D. further alleges that Elite Exteriors executed an "Assignment of Insurance Claim in favor of R.A.D. for the nine claims referenced in ¶ 9 of the Complaint and Demand for Jury Trial. (*Id.* at ¶ 11 and Exhibit "B" attached thereto).

4.      R.A.D. contends that State Farm breached the Insureds' policies by "failing to pay R.A.D. all benefits due and owing."  (*See id.* at ¶ 22).  R.A.D. does not allege any Insured actually incurred a cost State Farm did not pay, but nevertheless demands payment for "an amount to be determined at trial", "all general and compensatory damages" alleged owed, as well as "pre-judgment interest and post-judgment interest, fees, costs and reasonable attorney fees" on its breach-of-contract count.  (*Id.* at p. 3).  R.A.D. also states that this amount "is likely to increase with discovery and further investigation."  (*Id.*).

## THIS COURT HAS DIVERSITY JURISDICTION OVER THIS ACTION

5.      The Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), because complete diversity exists between the parties and the amount in controversy exceeds $75,000.[1]

### *Complete Diversity of Citizenship Exists Between the Parties*

6.      Plaintiff R.A.D. is a Nebraska Limited Liability Company with its principal place of business located in Omaha, Nebraska.  (*Id.* at ¶ 5).

7.      A search conducted through the "Corporation Search" feature available through the Nebraska Secretary of State's website[2] revealed R.A.D.'s Certificate of Organization, signed by Susan Davidson, Organizer."  (*See* R.A.D.'s Certificate of Organization, attached hereto as Exhibit "B").

8.      Counsel for Defendant spoke by telephone with Plaintiff's counsel, Carrie Gaines, on July 18, 2018, and was advised that Susan Davidson is the only current member of R.A.D. and that she is a citizen of Nebraska.

9.      As a result, R.A.D. is a citizen of the State of Nebraska.

10.     State Farm is a stock insurance company incorporated under the laws of the State of Illinois, and its principal place of business is in Bloomington, Illinois.  (*See*

---

[1] State Farm removes this action based on R.A.D.'s allegations in its Complaint, but reserves the right to challenge all aspects of those allegations, including the purported assignment of each of the Insureds' claims and the joinder of the nine claims. *See Abraham v. Am. Home Mortgage Serv., Inc.*, 947 F. Supp. 2d 222, (E.D.N.Y. 2013) (granting motion to sever claims based on "hundreds of mortgage loan transactions," and holding that defendant's removal of action based on CAFA mass action provision did not preclude argument that claims were misjoined).

[2] Available at: https://www.nebraska.gov/sos/corp/corpsearch.cgi?status=A&corpname=&search=1

Declaration of Kristy Stapleton, attached hereto as Exhibit "C".)  As a result, State Farm is a citizen of the State of Illinois.

11.     Accordingly, there is complete diversity of citizenship between the parties. *See Cascades Dev. of Minn., LLC v. Nat. Spec. Ins.*, 675 F.3d 1095, 1100 (8th Cir. 2012) (analyzing assignee's citizenship for diversity purposes); *see also Hartford Accident & Indem. Co. v. Sullivan*, 846 F.2d 377, 382-83 (7th Cir. 1988) (holding that diversity jurisdiction existed where assignee diverse from opposing party).

### The Amount Of The Matter In Controversy Exceeds $75,000

12.     In addition to the complete diversity between R.A.D. and State Farm, this Court also has jurisdiction over this action under 28 U.S.C. § 1332(a) because Plaintiff seeks damages that exceed $75,000.

13.     R.A.D. does not specify the amount in controversy in its Complaint and Demand for Jury Trial.  (*See generally* Exhibit "A" at p. 3).  As a result, State Farm may properly set forth the amount in controversy in its Notice of Removal.  *See* 18 U.S.C. § 1446(c)(2)(A); *see also Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 551, 190 L. Ed. 2d 495 (2014) ("When the plaintiff's complaint does not state the amount in controversy, the defendant's notice of removal may do so.").

14.     State Farm prepared estimates for the cost to repair the hail damage in connection with each of the claims.  R.A.D. and/or its alleged assignor, Brokram, Inc. d/b/a/ Elite Exterior, provided State Farm with their own estimates in connection with each of the claims except claim number 27-0623-R15.

15.     By comparing the amount of the most recent versions of the estimates, State Farm is able to identify $355,957.03 in controversy as follows:

- Claim number  278Q41451 - $17,949.03
- Claim number  270647P20 - $41,020.39
- Claim number  270798M55 - $38,068.83
- Claim number  270481G34 - $27,396.86
- Claim number  270483T96 - $105,739.24
- Claim number  270481B80 - $26,216.44
- Claim number  270632D71 - $69,929.97
- Claim number  270648S58 - $29,636.27

16.     In addition, Plaintiffs demand payment of "reasonable attorney fees," which further increases the amount in controversy in this matter beyond the $355,957.03 set forth above.  (*Id.* at p. 3).

17.     It is, thus, apparent that the amount in controversy exceeds $75,000, exclusive of interests and costs.  *See Bowden v. Burnham*, 59 F. 752, 755 (8th Cir. 1894) (holding that the "requisite amount and the citizenship necessary to confer the jurisdiction are united in the plaintiffs; and the jurisdiction is not affected by the fact that the several assignors of the claims could not have maintained separate suits thereon, because the claim of each" did not satisfy the amount-in-controversy requirement); *see also Alpine Glass, Inc. v. State Farm Fire and Casualty Company*, Civ. No. 12-2867, 2013 WL 2434942, at *2 (D. Minn. June 4, 2013)  (holding that insureds' claims assigned to auto glass repairer properly aggregated to satisfy the amount in controversy requirement).

18.     Therefore, this Honorable Court has jurisdiction over this civil action under 28 U.S.C. § 1332, in that diversity of citizenship exists within the meaning of the aforementioned statute and the amount in controversy exceeds $75,000, exclusive of interest and costs, thereby entitling State Farm to remove this action to the Federal Court sitting in the District of Nebraska.  *See* 28 U.S.C. §§ 107, 1441(a).[3]

## STATE FARM HAS COMPLIED WITH REMOVAL PROCEDURES

19.     This Notice of Removal was timely filed in accordance with 28 U.S.C. §1446 and Federal Rule of Civil Procedure 6.  A true copy of this Notice of Removal is concurrently being filed with the Clerk of the District Court of Douglas County, Nebraska, as required by 28 U.S.C. §1446(d).

20.     The Complaint and Demand for Jury Trial is attached hereto as Exhibit A. Copies of all other process, pleadings, and orders filed in the Douglas County action are attached hereto as Exhibit D, in accordance with 28 U.S.C. §1446(a).  There are no matters pending in the state court requiring resolution.

---

[3] To the extent the Court has any questions regarding the showing herein, State Farm respectfully requests the opportunity to respond to any such inquiry, including the taking of appropriate jurisdictional discovery.

WHEREFORE, Defendant State Farm Fire and Casualty Company, desiring to remove this cause to the United States District Court for the District of Nebraska, being the district for the county in which said action is pending, prays that the filing of this Notice of Removal with the Clerk of the District Court of Douglas County, Nebraska shall cause the removal of said suit to this Court.

DATED this 20th day of July, 2018.

Respectfully submitted,

STATE FARM FIRE & CASUALTY COMPANY, Defendant,

By:   /s/ Rex A. Rezac_____
Rex A. Rezac, #17787
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
(402) 978-5238
(402) 341-8290 - fax
rrezac@fraserstryker.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Carrie K. Gaines, #26200
4433 South 133rd Street
Omaha, NE  68137
ATTORNEY FOR PLAINTIFF

/s/ Rex A. Rezac_____

1929232 v1

Image in Douglas District Court
*** EFILED ***
Case Number: D01CI180005372
Transaction ID: 0007002632
iling Date: 06/13/2018 11:18:12 AM CDT

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | |
|---|---|
| R.A.D. SERVICES, a<br>Nebraska Limited Liability company,<br>Assignee,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br><br>        Defendant. | ) <br> ) <br> ) <br> ) <br> ) CASE NO: CI 18-_____<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

For its cause of action against the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, ("STATE FARM") the Plaintiff, R.A.D. SERVICES, LLC ("R.A.D."), states and alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1.    This is an action for Breach of Contract.

2.    This Court has subject matter and personal jurisdiction over the parties to this cause of action. R.A.D. brings this complaint solely under state law and not under any federal statute, law, rule or regulation, and specifically not under the United States Constitution, nor any of its Amendments.

3.    A cause of action exists under Nebraska state law for claims regarding the conduct complained of herein.

4.    Jurisdiction is proper as to STATE FARM pursuant to Neb. Rev. Stat. § 25-536 because STATE FARM conducts business within the State of Nebraska.

5.    At all relevant times hereto, R.A.D. was and is a Nebraska limited liability company with its principal place of business located at Douglas County, Omaha, Nebraska.

**EXHIBIT A**

6.     Venue is proper pursuant to Neb. Rev. Stat. § 25-503.01 because it is the venue in which the cause of action accrued.

## FACTS COMMON TO ALL COUNTS

7.     STATE FARM issued an insurance policy ("the Policy") to the insured/assignor ("the Insured").

8.     R.A.D. requested a certified copy of the Policy; however, STATE FARM has failed and/or refused to provide the certified Policy to R.A.D.

9.     This action involves the following STATE FARM claim numbers: 270648S58, 270483T96, 278Q41451, 270632D71, 270647P20, 270481B80, 3008855845, 270798M55, 270623R15

10.     The Insured duly executed an Assignment of Insurance Claims in favor of Brokram, Inc. d/b/a Elite Exteriors ("Assignment"). A true and accurate copy of the Assignment is attached hereto as **Exhibit "A"** and incorporated herein by reference though fully set forth herein.

11.     Elite Exteriors duly executed an Assignment of Insurance Claim in favor of R.A.D. ("Assignment"). A true and accurate copy of the Assignment is attached hereto as **Exhibit "B"** and incorporated herein by reference though fully set forth herein.

12.     As set forth in **Exhibit "C"** STATE FARM was informed of the Assignment.

13.     Under Nebraska law, the R.A.D. assignment is valid.

14.     Under its Policy, STATE FARM agreed to pay for direct physical loss to the insured premises resulting from any peril not otherwise excluded within the Policy.

15.     The Insured premises sustained direct physical loss due to a severe weather event (the "Loss").

16.     The Policy was in full force and effect at the time of the Loss.

17.     The Insured and/or assignees, promptly and properly made claims to STATE FARM for insurance benefits under the Policy and fulfilled all other post-loss duties required under the Policy.

18.     As assignee, R.A.D. has satisfied all those matters and things properly required of it under the Policy, including substantial compliance with all conditions precedent thereunder, or alternatively, has been excused from performance of the same by virtue of the acts, representations, and/or conduct of STATE FARM.

19.     STATE FARM's failure to fully indemnify R.A.D. for the Loss is a breach of contract and a cause of damage to R.A.D.

## COUNT I: BREACH OF CONTRACT

20.     R.A.D. reincorporates and restates allegations set forth in paragraphs 1-19 hereinabove by this reference.

21.     Pursuant to the Policy, STATE FARM has a contractual obligation to pay the full amount of the Loss, including the costs to repair, restore, and/or replace the damage, less applicable deductibles.

22.     STATE FARM breached the Policy by failing to pay R.A.D. all benefits due and owing under the Policy.

WHEREFORE, Plaintiff, R.A.D. SERVICES, LLC, respectfully requests that the Court enter judgment in favor of Plaintiff, R.A.D. SERVICES, LLC in an amount to be determined at trial, which is likely to increase with discovery and further investigation, against Defendant, STATE FARM Insurance Company, and all general and compensatory damages owed under the Policy, pre-judgment interest and post-judgment interest, fees, costs and reasonable attorney fees

3

pursuant to Neb. Rev. Stat. § 44-359, and such other relief as the Court deems appropriate under the circumstances.

## DEMAND FOR A JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

R.A.D. SERVICES, LLC Plaintiff

By: s/Carrie K. Gaines
    Carrie K. Gaines #26200
    4433 S. 133rd St. Suite 45448
    Omaha, NE 68137
    Telephone: (402) 917-8351
    cgaines.rad@gmail.com
    *Attorney for Plaintiff, R.A.D. SERVICES, LLC.*

4



**Elite Exteriors**

14535 Industrial Road
Omaha, NE 68144
P: 402-330-2863
F: 402-330-2963
rich@eliteomaha.com
www.eliteomaha.com
"Here to Protect and Serve"
License#: 22869

# ASSIGNMENT OF CLAIM FOR DAMAGES

This Assignment of a claim for Damages (the "Assignment") is made and effective  02/28/2018  ,

**BETWEEN:**   Jim Griggs                                                        (The "Assignor"),
the insured and existing under the laws of the State of Nebraska, located at:

909 Sally Street, Papillion, NE  68046                                                        .

**AND:**   **Elite Exteriors** (the "Assignee"), a corporation organized
And existing under the laws of the State of Nebraska, with its head office
located at: 14535 Industrial Road
Omaha, NE 68144

FOR VALUE RECEIVED, the Assignor hereby sells and transfers to the Assignee and its
successors, assigns and personal representatives, any and all claims, demands, and cause or
causes of action of any kind whatsoever which the undersigned has or may have against
  Jim Griggs                               , arising from the following type of claim:

Homeowner's claim #  270647P20                          .

And the undersigned may in its own name and for its own benefit prosecute, collect, settle,
compromise and grant releases on said claim as it in its sole discretion deems advisable.

IN WITNESS WHEREOF, the parties have executed this Assignment on the day and year first
above written.

Signed, sealed and delivered in the presence of:

ASSIGNOR                                                ASSIGNEE

Authorized Signature                                    Authorized Signature

Jim Griggs                                              Geoff Gigliotti

Print Name and Title                                    Print Name and Title



**Elite Exteriors**
14535 Industrial Road.
Omaha, NE 68144
P: 402-330-2863.
F: 402-330-2963
rich@eliteomaha.com
www.eliteomaha.com
"Here to Protect and Serve"
License#: 22869

# ASSIGNMENT OF CLAIM FOR DAMAGES

This Assignment of a claim for Damages (the "Assignment") is made and effective 04/10/2018 ,

**BETWEEN:**   David Short _____ (The "Assignor"),

the insured and existing under the laws of the State of Nebraska, located at:

19023 Grover Street, Omaha, NE 68130 _____.

**AND:**   **Elite Exteriors** (the "Assignee"), a corporation organized
And existing under the laws of the State of Nebraska, with its head office
located at: 14535 Industrial Road
Omaha, NE 68144

FOR VALUE RECEIVED, the Assignor hereby sells and transfers to the Assignee and its
successors, assigns and personal representatives, any and all claims, demands, and cause or
causes of action of any kind whatsoever which the undersigned has or may have against
State Farm _____, arising from the following type of claim:

Homeowner's claim # 270648s58 _____.

And the undersigned may in its own name and for its own benefit prosecute, collect, settle,
compromise and grant releases on said claim as it in its sole discretion deems advisable.

IN WITNESS WHEREOF, the parties have executed this Assignment on the day and year first
above written.

Signed, sealed and delivered in the presence of:

ASSIGNOR

e-Signed by David Short

Authorized Signature

David Short

Print Name and Title

ASSIGNEE

e-Signed by Ray Mactee

Authorized Signature

Ray Mactee

Print Name and Title



**Elite Exteriors**
14535 Industrial Road
Omaha, NE 68144
P: 402-330-2863
F: 402-330-2963
rich@eliteomaha.com
www.eliteomaha.com
"Here to Protect and Serve"
License#: 22869

# ASSIGNMENT OF CLAIM FOR DAMAGES

This Assignment of a claim for Damages (the "Assignment") is made and effective 03/06/2018 ,

**BETWEEN:**   Marilyn Mccallie _____ (The "Assignor"),
the insured and existing under the laws of the State of Nebraska, located at:

15111 South 17th Street, Bellevue, NE 68123 _____.

**AND:**   **Elite Exteriors** (the "Assignee"), a corporation organized
And existing under the laws of the State of Nebraska, with its head office
located at: 14535 Industrial Road
Omaha, NE 68144

FOR VALUE RECEIVED, the Assignor hereby sells and transfers to the Assignee and its
successors, assigns and personal representatives, any and all claims, demands, and cause or
causes of action of any kind whatsoever which the undersigned has or may have against
_State Farm_____, arising from the following type of claim:

Homeowner's claim # _270483T96_____.

And the undersigned may in its own name and for its own benefit prosecute, collect, settle,
compromise and grant releases on said claim as it in its sole discretion deems advisable.

IN WITNESS WHEREOF, the parties have executed this Assignment on the day and year first
above written.

Signed, sealed and delivered in the presence of:

ASSIGNOR

e-Signed by Marilyn Mccallie
_R Jut M McCallie P.O.A._
Authorized Signature

Marilyn Mccallie
_____
Print Name and Title

ASSIGNEE

e-Signed by Bob Brennan
_X B Brennan_
Authorized Signature

Bob Brennan
_____
Print Name and Title



**Elite Exteriors**
14535 Industrial Road
Omaha, NE 68144
P: 402-330-2863
F: 402-330-2963
rich@eliteomaha.com
www.eliteomaha.com
"Here to Protect and Serve"
License#: 22869

# ASSIGNMENT OF CLAIM FOR DAMAGES

This Assignment of a claim for Damages (the "Assignment") is made and effective _05/02/2018_,

**BETWEEN:**    Andrew Bein    (The "Assignor"),
the insured and existing under the laws of the State of Nebraska, located at:
13118 Boyd Circle, Omaha, NE 68164    .

**AND:**    **Elite Exteriors** (the "Assignee"), a corporation organized
And existing under the laws of the State of Nebraska, with its head office located at: 14535
Industrial Road
Omaha, NE 68144

FOR VALUE RECEIVED, the Assignor hereby sells and transfers to the Assignee and its successors, assigns and
personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever which
the undersigned has or may have against _State Farm_    , arising from the following claim:

Homeowner's claim #    27-8Q41-451    .

**YOU ARE AGREEING TO ASSIGN CERTAIN RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY. WITH AN ASSIGNMENT, THE RESIDEINTIAL CONTRACTOR SHALL BE ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU, THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT BEFORE SIGNING. THE INSURER MAY ONLY PAY FOR THE COST TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.**

And the Assignee may in its own name and for its own benefit prosecute, collect, settle, compromise and grant
releases on said claim as it in its sole discretion deems advisable.

IN WITNESS WHEREOF, the parties have executed this Assignment on the day and year first above written.
Signed, sealed and delivered in the presence of:

ASSIGNOR

e-Signed by Andrew Bein

Authorized Signature

Andrew Bein

Print Name and Title

ASSIGNEE

e-Signed by Bob Brennan

Authorized Signature

Bob Brennan

Print Name and Title

Assignment of Claim for Damages

Page 1



**Elite Exteriors**
14535 Industrial Road
Omaha, NE 68144
P: 402-330-2863
F: 402-330-2963
rich@eliteomaha.com
www.eliteomaha.com
"Here to Protect and Serve"
License#: 22869

# ASSIGNMENT OF CLAIM FOR DAMAGES

This Assignment of a claim for Damages (the "Assignment") is made and effective <u>03/05/2018</u>.

**BETWEEN:**    Kyle & Claire Schmidt                                    (The "Assignor"),

the insured and existing under the laws of the State of Nebraska, located at:

2304 N 69th Street, Omaha, NE 68104                                    .

**AND:**    **Elite Exteriors** (the "Assignee"), a corporation organized
And existing under the laws of the State of Nebraska, with its head office
located at: 14535 Industrial Road
Omaha, NE 68144

FOR VALUE RECEIVED, the Assignor hereby sells and transfers to the Assignee and its
successors, assigns and personal representatives, any and all claims, demands, and cause or
causes of action of any kind whatsoever which the undersigned has or may have against
   State Farm                            , arising from the following type of claim:

Homeowner's claim # _27-0632-D71_____:

And the undersigned may in its own name and for its own benefit prosecute, collect, settle,
compromise and grant releases on said claim as it in its sole discretion deems advisable.

IN WITNESS WHEREOF, the parties have executed this Assignment on the day and year first
above written.

Signed, sealed and delivered in the presence of:

ASSIGNOR                                                ASSIGNEE

e-Signed by Kyle & Claire Schmidt                       e-Signed by Bob Brennan

Authorized Signature                                    Authorized Signature

Kyle & Claire Schmidt                                   Bob Brennan

Print Name and Title                                    Print Name and Title



**Elite Exteriors**
14535 Industrial Road
Omaha, NE 68144
P: 402-330-2863
F: 402-330-2963
rich@eliteomaha.com
www.eliteomaha.com
"Here to Protect and Serve"
License#: 22869

# ASSIGNMENT OF CLAIM FOR DAMAGES

This Assignment of a claim for Damages (the "Assignment") is made and effective _05/01/2018_ ,

**BETWEEN:**     Joe Hoeschen _____ (The "Assignor"),
the insured and existing under the laws of the State of Nebraska, located at:
816 Pineview Drive, Papillion, NE 68046 _____ .

**AND:**     **Elite Exteriors** (the "Assignee"), a corporation organized
And existing under the laws of the State of Nebraska, with its head office located at: 14535
Industrial Road
Omaha, NE 68144

FOR VALUE RECEIVED, the Assignor hereby sells and transfers to the Assignee and its successors, assigns and personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever which the undersigned has or may have against _State Farm_ _____, arising from the following claim:

Homeowner's claim # _27-0798-M55_ _____ .

**YOU ARE AGREEING TO ASSIGN CERTAIN RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY. WITH AN ASSIGNMENT, THE RESIDEINTIAL CONTRACTOR SHALL BE ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU, THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT BEFORE SIGNING. THE INSURER MAY ONLY PAY FOR THE COST TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.**

And the Assignee may in its own name and for its own benefit prosecute, collect, settle, compromise and grant releases on said claim as it in its sole discretion deems advisable.

IN WITNESS WHEREOF, the parties have executed this Assignment on the day and year first above written. Signed, sealed and delivered in the presence of:

ASSIGNOR                                          ASSIGNEE

e-Signed by Joe Hoeschen                          e-Signed by Bob Brennan
Authorized Signature                              Authorized Signature

Joe Hoeschen                                      Bob Brennan
Print Name and Title                              Print Name and Title

Assignment of Claim for Damages                                    Page **1**



**Elite Exteriors**
14535 Industrial Road
Omaha, NE 68144
P: 402-330-2863
F: 402-330-2963
rich@eliteomaha.com
www.eliteomaha.com
"Here to Protect and Serve"
License#: 22869

# ASSIGNMENT OF CLAIM FOR DAMAGES

This Assignment of a claim for Damages (the "Assignment") is made and effective 04/11/2018 ,

**BETWEEN:**      Mike Polak                                      (The "Assignor"),
the insured and existing under the laws of the State of Nebraska, located at:

3117 Wilhelminia Drive, Bellevue, NE 68123                           .

**AND:**      **Elite Exteriors** (the "Assignee"), a corporation organized
And existing under the laws of the State of Nebraska, with its head office
located at: 14535 Industrial Road
Omaha, NE 68144

FOR VALUE RECEIVED, the Assignor hereby sells and transfers to the Assignee and its
successors, assigns and personal representatives, any and all claims, demands, and cause or
causes of action of any kind whatsoever which the undersigned has or may have against
State Farm                          , arising from the following type of claim:

Homeowner's claim # 270048b80                           .

And the undersigned may in its own name and for its own benefit prosecute, collect, settle,
compromise and grant releases on said claim as it in its sole discretion deems advisable.

IN WITNESS WHEREOF, the parties have executed this Assignment on the day and year first
above written.

Signed, sealed and delivered in the presence of:

ASSIGNOR                                      ASSIGNEE

_____                      _____
Authorized Signature                         Authorized Signature

Mike Polak                                   Ray Mactee

_____                      _____
Print Name and Title                         Print Name and Title



**Elite Exteriors**
14535 Industrial Road
Omaha, NE 68144
P: 402-330-2863
F: 402-330-2963
rich@eliteomaha.com
www.eliteomaha.com
"Here to Protect and Serve"
License#: 22869

# ASSIGNMENT OF CLAIM FOR DAMAGES

This Assignment of a claim for Damages (the "Assignment") is made and effective 04/17/2018 ,

**BETWEEN:**    Matt Wright _____ (The "Assignor"),
the insured and existing under the laws of the State of Nebraska, located at:

5329 South 158th Circle, Omaha, NE 68135 _____ .

**AND:**    **Elite Exteriors** (the "Assignee"), a corporation organized
And existing under the laws of the State of Nebraska, with its head office
located at: 14535 Industrial Road
Omaha, NE 68144

FOR VALUE RECEIVED, the Assignor hereby sells and transfers to the Assignee and its
successors, assigns and personal representatives, any and all claims, demands, and cause or
causes of action of any kind whatsoever which the undersigned has or may have against
State Farm _____ , arising from the following type of claim:

Homeowner's claim # 27 0623 R15 _____ .

And the undersigned may in its own name and for its own benefit prosecute, collect, settle,
compromise and grant releases on said claim as it in its sole discretion deems advisable.

IN WITNESS WHEREOF, the parties have executed this Assignment on the day and year first
above written.

Signed, sealed and delivered in the presence of:

ASSIGNOR

e-Signed by Matt Wright
_____
Authorized Signature

Matt Wright
_____
Print Name and Title

ASSIGNEE

e-Signed by Ray Mactee
_____
Authorized Signature

Ray Mactee
_____
Print Name and Title



# ASSIGNMENT OF INSURANCE CLAIM

This Assignment of a claim for Damages (the "Assignment") is made and effective on this date:

BETWEEN **Brokram, Inc. d/b/a Elite Exteriors** (the "Assignor"), a corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 14535 Industrial Road Omaha, NE 68144 **AND R.A.D. Services, LLC** (the "Assignee"), a limited liability corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 4433 S. 133ʳᵈ St. Omaha, NE 68137.

FOR VALUE RECEIVED, the Assignor hereby irrevocably transfers and assigns to the Assignee and its successors, assigns and personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever which the undersigned has or may have against _State Farm_ Insurance Company, arising from the following claim:

Homeowner name(s) _Sharon and James Griggs_

Homeowner address _909 Sally St. Papillion Ne_

Homeowner claim number _270 647 P 20_

This Assignment shall sever any and all rights the Assignor may have had in the above insurance claim.

**YOU ARE AGREEING TO ASSIGN CERTAIN RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY. WITH AN ASSIGNMENT, THE RESIDEINTIAL CONTRACTOR SHALL BE ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU, THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT BEFORE SIGNING. THE INSURER MAY ONLY PAY FOR THE COST TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.**

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this _24_ day of _April_, 2018.

ASSIGNOR(S): BROKRAM, INC. d/b/a Elite Roofing          R.A.D. Services, LLC

Signature _____          Signature _____

Printed Name _Richard J. Davidon_          Printed Name _Richard Ala Dou Ed_

4433 S. 133ʳᵈ St. ● Omaha, NE 68137 ● 402-682-8755



# ASSIGNMENT OF INSURANCE CLAIM

This Assignment of a claim for Damages (the "Assignment") is made and effective on this date:

BETWEEN **Brokram, Inc. d/b/a Elite Exteriors** (the "Assignor"), a corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 14535 Industrial Road Omaha, NE 68144 **AND R.A.D. Services, LLC** (the "Assignee"), a limited liability corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 4433 S. 133ᵃ St. Omaha, NE 68137.

FOR VALUE RECEIVED, the Assignor hereby irrevocably transfers and assigns to the Assignee and its successors, assigns and personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever which the undersigned has or may have against  State Farm
Insurance Company, arising from the following claim:

Homeowner name(s)  Andrew Bien

Homeowner address  13118 Boyd Circle Omaha Ne 68164

Homeowner claim number  278Q41451

This Assignment shall sever any and all rights the Assignor may have had in the above insurance claim.

**YOU ARE AGREEING TO ASSIGN CERTAIN RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY. WITH AN ASSIGNMENT, THE RESIDEINTIAL CONTRACTOR SHALL BE ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU, THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT BEFORE SIGNING. THE INSURER MAY ONLY PAY FOR THE COST TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.**

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this ____4____ day of ___July___, 2018.

ASSIGNOR(S): BROKRAM, INC. d/b/a Elite Roofing

_____
Signature

Richie Davidson
_____
Printed Name

R.A.D. Services, LLC

_____
Signature

Dan Artlven
_____
Printed Name

4433 S. 133ʳᵈ St. • Omaha, NE 68137 • 402-682-8755

# ASSIGNMENT OF INSURANCE CLAIM



This Assignment of a claim for Damages (the "Assignment") is made and effective on this date:

BETWEEN **Brokram, Inc. d/b/a Elite Exteriors** (the "Assignor"), a corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 14535 Industrial Road Omaha, NE 68144 **AND R.A.D. Services, LLC** (the "Assignee"), a limited liability corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 4433 S. 133ᵈ St. Omaha, NE 68137.

FOR VALUE RECEIVED, the Assignor hereby irrevocably transfers and assigns to the Assignee and its successors, assigns and personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever which the undersigned has or may have against _State Farm_ Insurance Company, arising from the following claim:

Homeowner name(s) _David Short_

Homeowner address _19023 Grover St. Omaha Ne 68130_

Homeowner claim number _270648 S 58_

This Assignment shall sever any and all rights the Assignor may have had in the above insurance claim.

**YOU ARE AGREEING TO ASSIGN CERTAIN RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY. WITH AN ASSIGNMENT, THE RESIDEINTIAL CONTRACTOR SHALL BE ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU, THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT BEFORE SIGNING. THE INSURER MAY ONLY PAY FOR THE COST TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.**

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this ___4___ day of ___June___, 2018.

ASSIGNOR(S): BROKRAM, INC. d/b/a Elite Roofing          R.A.D. Services, LLC

_____                                    _____
Signature                                                  Signature

_Richie Davidson_                                          _Dan Ahlken_
Printed Name                                               Printed Name



# ASSIGNMENT OF INSURANCE CLAIM

This Assignment of a claim for Damages (the "Assignment") is made and effective on this date:

BETWEEN **Brokram, Inc. d/b/a Elite Exteriors** (the "Assignor"), a corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 14535 Industrial Road Omaha, NE 68144 **AND R.A.D. Services, LLC** (the "Assignee"), a limited liability corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 4433 S. 133ª St. Omaha, NE 68137.

FOR VALUE RECEIVED, the Assignor hereby irrevocably transfers and assigns to the Assignee and its successors, assigns and personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever which the undersigned has or may have against _State Farm_ Insurance Company, arising from the following claim:

Homeowner name(s) _Roman Hutton_

Homeowner address _380 S. 2nd St. Springfield @ Ne 68059_

Homeowner claim number _27-0481-634_

This Assignment shall sever any and all rights the Assignor may have had in the above insurance claim.

**YOU ARE AGREEING TO ASSIGN CERTAIN RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY. WITH AN ASSIGNMENT, THE RESIDEINTIAL CONTRACTOR SHALL BE ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU, THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT BEFORE SIGNING. THE INSURER MAY ONLY PAY FOR THE COST TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.**

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this _4_ day of _June_, 2018.

ASSIGNOR(S): BROKRAM, INC. d/b/a Elite Roofing          R.A.D. Services, LLC

_____                               _____
Signature                                             Signature

_Richie Davidson_                                     _Dan Aitken_
Printed Name                                          Printed Name

# ASSIGNMENT OF INSURANCE CLAIM



This Assignment of a claim for Damages (the "Assignment") is made and effective on this date:

BETWEEN **Brokram, Inc. d/b/a Elite Exteriors** (the "Assignor"), a corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 14535 Industrial Road Omaha, NE 68144

AND **R.A.D. Services, LLC** (the "Assignee"), a limited liability corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 4433 S. 133rd St, Omaha, NE 68137.

FOR VALUE RECEIVED, the Assignor hereby irrevocably transfers and assigns to the Assignee and its successors, assigns and personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever which the undersigned has or may have against: _State Farm_

Insurance Company, arising from the following claim:

Homeowner name(s) _Marilyn McCallie_

Homeowner address _151115.13th St, Bellevue NE 68123_

Homeowner claim number _270483 796_

This Assignment shall sever any and all rights the Assignor may have had in the above insurance claim.

**YOU ARE AGREEING TO ASSIGN CERTAIN RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY. WITH AN ASSIGNMENT, THE RESIDENTIAL CONTRACTOR SHALL BE ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU, THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT BEFORE SIGNING. THE INSURER MAY ONLY PAY FOR THE COST TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.**

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this 2nd day of _May_, 2018.

ASSIGNOR(S): BROKRAM, INC. d/b/a Elite Roofing

Signature _Richard Davidson_

Printed Name _Richard J Davidson II_

R.A.D. Services, LLC

Signature _Richard Davidson_

Printed Name _Richard J Davidson II_

# ASSIGNMENT OF INSURANCE CLAIM



This Assignment of a claim for Damages (the "Assignment") is made and effective on this date:

BETWEEN **Brokram, Inc. d/b/a Elite Exteriors** (the "Assignor"), a corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 14535 Industrial Road Omaha, NE 68144 **AND R.A.D. Services, LLC** (the "Assignee"), a limited liability corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 4433 S. 133ʳᵈ St. Omaha, NE 68137.

FOR VALUE RECEIVED, the Assignor hereby irrevocably transfers and assigns to the Assignee and its successors, assigns and personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever which the undersigned has or may have against ___State Farm___ Insurance Company, arising from the following claim:

Homeowner name(s) ___Kyle & Claire Schmidt___

Homeowner address ___2304 N. 69ᵗʰ St. Omaha Ne 68104___

Homeowner claim number ___27-0632-D71___

This Assignment shall sever any and all rights the Assignor may have had in the above insurance claim.

**YOU ARE AGREEING TO ASSIGN CERTAIN RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY. WITH AN ASSIGNMENT, THE RESIDEINTIAL CONTRACTOR SHALL BE ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU, THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT BEFORE SIGNING. THE INSURER MAY ONLY PAY FOR THE COST TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.**

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this ___4___ day of ___June___, 2018.

ASSIGNOR(S): BROKRAM, INC. d/b/a Elite Roofing

_____
Signature

Richie Davidson
Printed Name

R.A.D. Services, LLC

_____
Signature

Dan Aitken
Printed Name

4433 S. 133ʳᵈ St. ● Omaha, NE 68137 ● 402-682-8755



# ASSIGNMENT OF INSURANCE CLAIM

This Assignment of a claim for Damages (the "Assignment") is made and effective on this date:

BETWEEN **Brokram, Inc. d/b/a Elite Exteriors** (the "Assignor"), a corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 14535 Industrial Road Omaha, NE 68144 **AND R.A.D. Services, LLC** (the "Assignee"), a limited liability corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 4433 S. 133ª St. Omaha, NE 68137.

FOR VALUE RECEIVED, the Assignor hereby irrevocably transfers and assigns to the Assignee and its successors, assigns and personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever which the undersigned has or may have against State Farm Insurance Company, arising from the following claim:

Homeowner name(s) Joseph Hashem

Homeowner address 816 Pineview Dr. Papilion Ne 68046

Homeowner claim number 27-0798-M55

This Assignment shall sever any and all rights the Assignor may have had in the above insurance claim.

**YOU ARE AGREEING TO ASSIGN CERTAIN RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY. WITH AN ASSIGNMENT, THE RESIDEINTIAL CONTRACTOR SHALL BE ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU, THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT BEFORE SIGNING. THE INSURER MAY ONLY PAY FOR THE COST TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.**

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this ___4___ day of ___June___, 2018.

ASSIGNOR(S): BROKRAM, INC. d/b/a Elite Roofing

_____
Signature

Richie Davidson
Printed Name

R.A.D. Services, LLC

_____
Signature

Dan Aitken
Printed Name

4433 S. 133rd St. ● Omaha, NE 68137 ● 402-682-8755

# ASSIGNMENT OF INSURANCE CLAIM



This Assignment of a claim for Damages (the "Assignment") is made and effective on this date:

BETWEEN **Brokram, Inc. d/b/a Elite Exteriors** (the "Assignor"), a corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 14535 Industrial Road Omaha, NE 68144 **AND R.A.D. Services, LLC** (the "Assignee"), a limited liability corporation organized and existing under the laws of the State of Nebraska, with its head office located at: 4433 S. 133ª St. Omaha, NE 68137.

FOR VALUE RECEIVED, the Assignor hereby irrevocably transfers and assigns to the Assignee and its successors, assigns and personal representatives, any and all claims, demands, and cause or causes of action of any kind whatsoever which the undersigned has or may have against ___State Farm___ Insurance Company, arising from the following claim:

Homeowner name(s) ___Matt Wright___

Homeowner address ___5329  S. 158th Cir. Omaha Ne 68135___

Homeowner claim number ___27 0623 R 15___

This Assignment shall sever any and all rights the Assignor may have had in the above insurance claim.

**YOU ARE AGREEING TO ASSIGN CERTAIN RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY. WITH AN ASSIGNMENT, THE RESIDEINTIAL CONTRACTOR SHALL BE ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU, THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT BEFORE SIGNING. THE INSURER MAY ONLY PAY FOR THE COST TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.**

IN WITNESS WHERE OF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed this ___5___ day of ___June___, 2018.

ASSIGNOR(S): BROKRAM, INC. d/b/a Elite Roofing

_____
Signature

___Richie Davidson___
Printed Name

R.A.D. Services, LLC

_____
Signature

___Dan Aitken___
Printed Name

4433 S. 133rd St. • Omaha, NE 68137 • 402-682-8755



## R.A.D. SERVICES

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

| | | | |
|---|---|---|---|
| Insured: | Mike Polak | Home: | (402) 415-9022 |
| Property: | 3117 Wilhelminia Drive | E-mail: | atus@cox.net |
| | Bellevue, NE 68123 | | |

**Claim Number:** 2700481B80          **Policy Number:**          **Type of Loss:** Hail

Date of Loss:                          Date Received:
Date Inspected:                        Date Entered:     5/30/2018

Price List:    NEOM8X_MAY18
               Restoration/Service/Remodel
Estimate:      270481B80_POLAK-RAD

Exhibit C

 **R.A.D. SERVICES**

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

Attention Claims Department,
 This letter will serve to advise you that claim number #270481B80 has been assigned to R.A.D. Services LLC for
good and valuable consideration.
 In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting
that you respond to the questions listed below. To ensure that we are in compliance with the policy in effect, please provide all
supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to
answer each question.
1. **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the
date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2. **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are
   ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of
Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3. **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at
RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7
business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of
Rights Letters attached to any portion of the insured property.

4. **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or
to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be
taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5. **Can we request an extension to make the necessary repairs if needed?** If so, what is the process to request an extension
and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of
Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the
RCV benefit.

6. **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide
supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to
mean the policy has an Ordinance and Law Endorsement.

7. **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide
supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be
construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8. **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide
supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to
mean there are no prior claims that affect this loss in any way.

9. **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be
   made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting
documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there
are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in
order to fulfill our responsibilities pertaining to this loss.

 In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily
resolved within thirty (30) days of the date of this notice.

 We hereby direct the name R.A.D. LLC be imprinted on all checks or drafts as sole payee for any proceeds
issued pertaining to this loss. We also ask that you do not include any mortgage company on any checks issued pertaining to this
loss, unless required by law to do so. Please direct all communications, along with all checks with respect to this claim, to

270481B80_POLAK-RAD                                                              6/7/2018           Page: 2

 **R.A.D. SERVICES**

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

R.A.D. Services LLC at the address below.

R.A.D. Services LLC
4433 South 133rd St.
Omaha, NE 68137
(402)915-2893

We look forward to your reply and to working with you on this matter.

Sincerely,

R.A.D. SERVICES LLC



# R.A.D. SERVICES

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

Insured: David Short
Property: 19023 Grover Street
Omaha, NE 68130-6018

Claim Rep.: RAD SERVICES                          Cellular:  (402) 917-8351
Company: R.A.D. SERVICES
Business: 4433 SOUTH 133RD ST.
Omaha, NE 68137

Estimator: RAD SERVICES                           Cellular:  (402) 917-8351
Company: R.A.D. SERVICES
Business: 4433 SOUTH 133RD ST.
Omaha, NE 68137

**Claim Number:** 270648S58       **Policy Number:** 27-BA-C060       **Type of Loss:** Hail

Date of Loss: 6/29/2017              Date Received:
Date Inspected:                      Date Entered:  5/30/2018 11:11 AM

Price List: NEOM8X_MAY18
Restoration/Service/Remodel
Estimate: 270658S58_SHORT-RAD



## R.A.D. SERVICES

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

Attention Claims Department,
This letter will serve to advise you that claim number #270658S58 has been assigned to R.A.D. Services LLC for good and valuable consideration.
In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below. To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1. **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2. **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3. **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4. **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5. **Can we request an extension to make the necessary repairs if needed?** If so, what is the process to request an extension and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6. **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7. **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8. **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9. **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

We hereby direct the name R.A.D. LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss. We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so. Please direct all communications, along with all checks with respect to this claim, to



## R.A.D. SERVICES

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

R.A.D. Services LLC at the address below.

R.A.D. Services LLC
4433 South 133rd St.
Omaha, NE 68137
(402)915-2893

We look forward to your reply and to working with you on this matter.

Sincerely,

R.A.D. SERVICES LLC



## R.A.D. SERVICES

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

Insured:   Jim Griggs
Property:  909 Sally Street
           Papillion, NE 68046

**Claim Number:** 270647P20          **Policy Number:** 27-BL-B664-7          **Type of Loss:** Hail

Date of Loss:                        Date Received:
Date Inspected:                      Date Entered:   5/14/2018 10:08 AM

Price List:   NEOM8X_MAY18
              Restoration/Service/Remodel
Estimate:     270647P20_GRIGGS-RAD



## R.A.D. SERVICES

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

Attention Claims Department,
This letter will serve to advise you that claim number #270647P20 has been assigned to R.A.D. Services LLC for good and valuable consideration.
In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below. To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1. **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2. **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3. **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4. **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5. **Can we request an extension to make the necessary repairs if needed?** If so, what is the process to request an extension and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6. **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7. **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8. **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9. **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

We hereby direct the name R.A.D. LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss. We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so. Please direct all communications, along with all checks with respect to this claim, to

270647P20_GRIGGS-RAD                                                    6/6/2018          Page: 2

 **R.A.D. SERVICES**

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

R.A.D. Services LLC at the address below.

R.A.D. Services LLC
4433 South 133rd St.
Omaha, NE 68137
(402)915-2893

We look forward to your reply and to working with you on this matter.

Sincerely,

R.A.D. SERVICES LLC



## R.A.D. SERVICES

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

| | | | |
|---|---|---|---|
| Insured: | Marilyn McCallie | Home: | (402) 291-2138 |
| Property: | 15111 S 17th street | Cellular: | (402) 740-5087 |
| | Bellevue, NE 68123-6830 | E-mail: | bob.elite@icloud.com |

| | | | |
|---|---|---|---|
| Claim Rep.: | RAD SERVICES | Cellular: | (402) 917-8351 |
| Company: | R.A.D. SERVICES | | |
| Business: | 4433 SOUTH 133RD ST. | | |
| | Omaha, NE 68137 | | |

| | | | |
|---|---|---|---|
| Estimator: | RAD SERVICES | Cellular: | (402) 917-8351 |
| Company: | R.A.D. SERVICES | | |
| Business: | 4433 SOUTH 133RD ST. | | |
| | Omaha, NE 68137 | | |

**Claim Number:** 27-0483-T96     **Policy Number:** 27-C4-7623-9     **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date of Loss: | 6/16/2017 | Date Received: | |
| Date Inspected: | 6/23/2017 | Date Entered: | 2/2/2018 9:56 AM |

| | |
|---|---|
| Price List: | NEOM8X_JAN18 |
| | Restoration/Service/Remodel |
| Estimate: | 270483T96_MCCALLIE-1 |



## R.A.D. SERVICES

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

Attention Claims Department,
This letter will serve to advise you that claim number #270483T96 has been assigned to R.A.D. Services LLC for good and valuable consideration.
In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below. To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1. **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2. **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3. **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4. **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5. **Can we request an extension to make the necessary repairs if needed?** If so, what is the process to request an extension and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6. **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7. **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8. **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9. **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

We hereby direct the name R.A.D. LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss. We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so. Please direct all communications, along with all checks with respect to this claim, to

270483T96_MCCALLIE-1                                                    6/7/2018        Page: 2

 **R.A.D. SERVICES**

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

R.A.D. Services LLC at the address below.

R.A.D. Services LLC
4433 South 133rd St.
Omaha, NE 68137
(402)915-2893

We look forward to your reply and to working with you on this matter.

Sincerely,

R.A.D. SERVICES LLC

 **R.A.D. SERVICES**

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

Insured:   Andrew Bein
Property:   13118 Boyd Circle
           Omaha, NE 68164

Claim Rep.:   RAD SERVICES                                    Cellular:   (402) 917-8351
Company:     R.A.D. SERVICES
Business:    4433 SOUTH 133RD ST.
             Omaha, NE 68137

Estimator:   RAD SERVICES                                     Cellular:   (402) 917-8351
Company:     R.A.D. SERVICES
Business:    4433 SOUTH 133RD ST.
             Omaha, NE 68137

**Claim Number: 278Q41451**          **Policy Number: 27-BB-N120-5**          **Type of Loss:** Hail

Date of Loss:                          Date Received:
Date Inspected:                        Date Entered:   5/30/2018

Price List:   NEOM8X_MAY18
             Restoration/Service/Remodel
Estimate:    278Q41451_BEIN-RAD



## R.A.D. SERVICES

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

Attention Claims Department,

This letter will serve to advise you that claim number #278Q41451 has been assigned to R.A.D Services LLC for good and valuable consideration.

In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below. To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1. **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2. **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3. **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4. **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5. **Can we request an extension to make the necessary repairs if needed?** If so, what is the process to request an extension and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6. **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7. **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8. **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9. **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

We hereby direct the name R.A.D. LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss. We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so. Please direct all communications, along with all checks with respect to this claim, to

 **R.A.D. SERVICES**

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

R.A.D. Services LLC at the address below.

R.A.D. Services LLC
4433 South 133rd St.
Omaha, NE 68137
(402)915-2893

We look forward to your reply and to working with you on this matter.

Sincerely,

R.A.D. SERVICES LLC



# R.A.D. SERVICES

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

Insured:  Kyle Schmidt
Property:  2304 N 69th Street
Omaha, NE 68104-3802

**Claim Number:** 270632D71          **Policy Number:** 27-BV-R343-8          **Type of Loss:** Hail

Date of Loss:  6/29/2017 12:00 AM          Date Received:
Date Inspected:          Date Entered:  5/15/2018 2:17 PM

Price List:  NEOM8X_MAY18
Restoration/Service/Remodel
Estimate:  270632D71_SCHMIDT-RA

 **R.A.D. SERVICES**

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

Attention Claims Department,
 This letter will serve to advise you that claim number # 270632D71 has been assigned to R.A.D. Services LLC for good and valuable consideration.
 In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below. To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1. **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2. **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3. **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4. **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5. **Can we request an extension to make the necessary repairs if needed?** If so, what is the process to request an extension and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6. **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7. **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8. **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9. **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

 In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

 We hereby direct the name R.A.D. LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss. We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so. Please direct all communications, along with all checks with respect to this claim, to

 **R.A.D. SERVICES**

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

R.A.D. Services LLC at the address below.

R.A.D. Services LLC
4433 South 133rd St.
Omaha, NE 68137
(402)915-2893

We look forward to your reply and to working with you on this matter.

Sincerely,

R.A.D. SERVICES LLC



## R.A.D. SERVICES

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

Insured:: Joe Hoeschen
Property: 816 Pineview Drive
Papillon, NE 68046

**Claim Number:** 270798M55          **Policy Number:** 27-BF-E473-1          **Type of Loss:** Hail

Date of Loss:                          Date Received:
Date Inspected:                        Date Entered:   5/30/2018

Price List:   NEOM8X_MAY18
              Restoration/Service/Remodel
Estimate:     270798M55_HOESCHEN-R



**R.A.D. SERVICES**

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

Attention Claims Department,
 This letter will serve to advise you that claim number #270798M55 has been assigned to R.A.D. Services LLC for good and valuable consideration.
 In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below. To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1. **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.

2. **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.

3. **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.

4. **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.

5. **Can we request an extension to make the necessary repairs if needed?** If so, what is the process to request an extension and filing deadlines? *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.

6. **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.

7. **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.

8. **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.

9. **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within thirty (30) days of the date of this notice.

We hereby direct the name R.A.D. LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss. We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so. Please direct all communications, along with all checks with respect to this claim, to

 **R.A.D. SERVICES**

4433 S.133 ST.
OMAHA,NE 68137
402-915-2893

R.A.D. Services LLC at the address below.

R.A.D. Services LLC
4433 South 133rd St.
Omaha, NE 68137
(402)915-2893

We look forward to your reply and to working with you on this matter.

Sincerely,

R.A.D. SERVICES LLC



## Assignment of Insurance Claim Notification

State Farm Insurance Company

Michael Kupar, Adjuster
Phone: 866-787-8676 x10320

Fax: 844-236-3646
Email: statefarmfireclaims@statefarm.com

Re: claim no. 270647P20

**Location: 909 Sally St. Papillion, NE 68046**

Date of Loss: Policy Number: Claim Number:

This letter will serve to advise you that claim number 270647P20 has been assigned to R.A.D. Services LLC ("R.A.D.") for good and valuable consideration.

In order to expedite this process, recover the benefits and fulfill our responsibilities pertaining to this claim, we are requesting that you respond to the questions listed below. To ensure that we are in compliance with the policy in effect, please provide all supporting documentation, including, but not limited to, a copy of the specific page and section of the policy in effect used to answer each question.

1. **Is this an RCV or ACV Policy?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV.*
2. **If any portion of this policy is ACV, please provide documentation outlining which portion(s) are RCV & which are ACV.** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy is RCV in its entirety.*
3. **Are there any Reservation of Rights Letters attached to any portion of the insured property?** (i.e. Roof not covered at RCV due to existing conditions at policy inception) *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no Reservation of Rights Letters attached to any portion of the insured property.*
4. **When do the repairs need to be completed by, in order to receive the RCV benefit for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be taken to mean the policy has no time limit to make repairs to receive the RCV benefit.*

Ex. C

5. **Can we request an extension to make the necessary repairs if needed? If so, what is the process to request an extension and filing deadlines?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has no time limit to make repairs to receive the RCV benefit.*

6. **Are code upgrades (Ordinance and Law Endorsement) provided for this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean the policy has an Ordinance and Law Endorsement.*

7. **If so, what are the limits of insurance for Ordinance and Law endorsements?** *Failure to respond or to provide supporting documentation received within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean Ordinance of Law is subject to a limit of insurance equal to at least 10% of Coverage A limits.*

8. **Are there any prior claims that affect this loss in any way? If so, in what way?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no prior claims that affect this loss in any way.*

9. **Are there any additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss?** *Failure to respond or to provide supporting documentation within 7 business days of the date of Assignment of Insurance Claim Notification will be construed to mean there are no additional restrictions, exclusions (i.e. Lead, Mold, Asbestos, etc.), or requirements that we need to be made aware of in order to fulfill our responsibilities pertaining to this loss.*

In addition to the foregoing, please note that we reserve the right to initiate proceedings if this matter cannot be satisfactorily resolved within seven (7) days of the date of this notice.

We hereby direct the name R.A.D. Services, LLC be imprinted on all checks or drafts as sole payee for any proceeds issued pertaining to this loss. We also ask that you do not include any mortgage company on any checks issued pertaining to this loss, unless required by law to do so. Please direct all communications, along with all checks with respect to this claim, to R.A.D. Services, LLC at the address below.

R.A.D. Services LLC
4433 S. 133rd Street
Omaha, NE 68137
(402) 915-2893

We look forward to your reply and to working with you on this matter.

Sincerely,

R.A.D. Services, LLC

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

R.A.D. SERVICES, LLC )
Assignee, )
)                    CASE NO: CI 18-_____
          Plaintiff, )
)                    **PRAECIPE FOR SUMMONS**
)
vs. )
)
STATE FARM FIRE AND CASUALTY )
COMPANY, )
          Defendant. )

TO THE CLERK OF SAID COURT:

Please issue summons for service of the Complaint upon Defendant, by serving
Defendant by certified mail, return receipt requested:

        State Farm Fire and Casualty Company
        c/o CSC Lawyers Incorporating Service Company
        233 S. 13TH St. Suite 1900
        Lincoln, NE 68508

Dated this 13 day of June, 2018.


                R.A.D. SERVICES, LLC Plaintiff,


            By: s/Carrie K. Gaines
                Carrie K. Gaines #26200
                4433 S. 133rd St.
                Omaha, NE 68137
                Telephone: (402) 917-8351
                cgaines.rad@gmail.com
                Attorney for Plaintiff

Corp. Doc. Inquiry

## Page 1

NE Sec of State John A. Gale CORP - CRTO
9000363067 - Page 1 of 2
R.A.D. SERVICES, LLC
Filed: 04/20/2018 01:21:34 PM

## Nebraska Certificate of Organization
### of
### R.A.D. SERVICES, LLC

### Article 1

The name of the limited liability company is:

### R.A.D. SERVICES, LLC

### Article 2
### Management

The limited liability company shall be MEMBER-Managed. Management of the limited liability company is vested in one or more MEMBERS whose names and addresses are as follows:

### SUSAN DAVIDSON
### 4433 S. 133RD ST.
### OMAHA, NE 68137

### Article 3
### Registered Agent

The name and office address of the Registered Agent for service of process is:

### SUSAN DAVIDSON,
### 4433 S. 133RD ST.
### OMAHA, NE 68137

### Article 4
### Purpose

The purpose for which the company is organized is to conduct any and all lawful business for which limited liability companies can be organized pursuant to Nebraska statute.

### Article 5
### Designated Office

The street address of the initial designated office is:

### 4433 S. 133RD ST.
### OMAHA, NE 68137

The mailing address is:

### 4433 S. 133RD ST.

## EXHIBIT B

Page 2

**OMAHA, NE 68137**

### Article 6
Liability

Pursuant to Nebraska statute, and all debts, obligations or other liabilities of R.A.D. SERVICES, LLC are solely the responsibility of the limited liability company. Any manager, member, or organizer of R.A.D. SERVICES, LLC is hereby not personally liable for such debts or liabilities solely by reason of their title.

### Article 7
Contribution to Capital

The total amount of cash contributed to the stated capital of the company is: $10.00.

Other property contributed that is not cash is: none, and the total value of such property is: $10.00.

### Article 8
Additional Contributions

No additional contributions are agreed to be made by the members, unless the members vote to make additional contributions in accordance with the Limited Liability Company Operating Agreement.

### Article 9
Additional Members

Additional members may be added if all Members unanimously consent to such addition in accordance with the Limited Liability Company Operating Agreement.

IN WITNESS THEREOF, the undersigned has executed this Certificate of Organization.

Wednesday, April 18, 2018.

SUSAN DAVIDSON, Member - Organizer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| R.A.D. SERVICES, a Nebraska limited liability company, Assignee, | ) ) ) | CASE NO. _____ |
| Plaintiff, | ) ) | |
| v. | ) ) | **DECLARATION OF** |
| STATE FARM INSURANCE COMPANY, | ) ) | **KRISTY STAPLETON** |
| Defendant. | ) | |

I, KRISTY STAPLETON, depose and state as follows:

1.      I am over the age of 18 and I have never been convicted of a felony or crime involving moral turpitude. I have personal knowledge of the matters stated herein and if called as a witness could competently testify thereto.

2.      My business address is One State Farm Plaza, Bloomington, Illinois, 61710-0001. I am employed by State Farm Mutual Automobile Insurance Company ("State Farm Mutual") as an Assistant Vice-President-Accounting at State Farm Mutual's corporate headquarters in Bloomington, Illinois. I have been employed by State Farm Mutual for over 35 years in various accounting functions, and I oversee the department that prepares and files the Annual Statements and related filings for State Farm Mutual and its property and casualty affiliates, including State Farm Fire and Casualty Company ("State Farm Fire"). I am also Assistant Secretary - Treasurer of State Farm Fire.

3.      State Farm Fire is a stock insurance company organized under the laws of the State of Illinois. State Farm Fire was organized in Illinois on June 12, 1935. State Farm Fire's statutory home office and main administrative office, as reported in its Annual Statements filed with state regulatory authorities, has been located at its corporate headquarters at One State Farm Plaza, Bloomington, Illinois, for at least the past ten years and has been located in Bloomington, Illinois, since State Farm Fire's inception. As indicated, State Farm Fire is an Illinois corporation organized and existing

**EXHIBIT C**

under the laws of Illinois with its principal place of business in Bloomington, Illinois, since 1935.

4.    State Farm Fire's books and records are maintained in its home office, its directors are elected primarily at its home office, and its Board of Directors meetings are held primarily at its home office.

5.    State Farm Fire's functional departments are headquartered at its home office, including its P&C Actuarial Department (which drafts its policy forms), its P&C Underwriting Department (which creates its underwriting standards), its PC Claims Department, its Human Resources Department, its Systems Department, and its Administrative Services Department, among others.

6.    State Farm Fire's principal officers are located at its home office and its federal income tax returns and state premium tax returns are prepared and filed from its home office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this __17+h__ day of __July__, 2018.


_____
Kristy Stapleton

1929539 v1

2

**SERVICE RETURN**

Doc. No.   546013

~~Douglas District Court~~
1701 Farnam
Omaha              NE 68183

To:
Case ID: CI 18    5372 R.A.D. Services, L v. State Farm Fire an

Received this Summons on _____    I hereby certify that on

_____ ___ies of the Summons

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State Farm Fire & Casualty Co.
c/o CSC Lawyers Incorp. Service Co.
233 S. 13ᵗʰ St. Suite 1900
Lincoln NE 68508

9590 9402 1217 5246 9034 39

7017 2400 0001 1858 6402

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cole Mitchell_    ☐ Agent
                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
_Cole Mitchell_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

JUN 20 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

#44   **FILED**
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

JUL 03 2018

JOHN M. FRIEND
CLERK DISTRICT COURT

**CERTIFIED MAIL**
**PROOF OF SERVICE**

Copies of the Summons were mailed by certified mail,
TO THE PARTY:  _State Farm Fire & Casualty Co._
At the following address:  _CSC Lawyers Incorp. Service Co._
_233 S. 13ᵗʰ St. Suite 1900_
_Lincoln Ne 68508_
on the _20_ day of _June_ _2018_, as required by Nebraska state law.

_Carrie K Gaines_

Postage $ _9.55_    Attorney for: _Plaintiff_

The return receipt for mailing to the party was signed on _____ _____.

To: State Farm Fire and Casualty Co.      From: Carrie K Gaines
    CSC Lawyers Incorp. Service Co.              663 N 132nd Street, Ste 158
    233 S. 13th St. Suite1900                    Omaha, NE 68154
    Lincoln, NE 68508

**ATTACH RETURN RECEIPT & RETURN TO COURT**

**EXHIBIT D**

Image ID:
D00546013D01

**SUMMONS**

Doc. No.  546013

```
        IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
                1701 Farnam
                Omaha          NE 68183
```

R.A.D. Services, LLC v. State Farm Fire and Casualty Co.

Case ID: CI 18     5372

TO:  State Farm Fire and Casualty Co.

**FILED BY**
Clerk of the Douglas District Court
06/13/2018

You have been sued by the following plaintiff(s):

    R.A.D. Services, LLC

```
Plaintiff's Attorney:    Carrie K Gaines
Address:                 663 N 132nd Street, Ste 158
                         Omaha, NE 68154

Telephone:               (402) 682-8755
```

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  JUNE 13, 2018      BY THE COURT: *John M. Friend*
                                            Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

```
        State Farm Fire and Casualty Co.
        CSC Lawyers Incorp. Service Co.
        233 S. 13th St. Suite1900
        Lincoln, NE 68508
```

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

| SERVICE RETURN | | Doc. No.   546013 |
|---|---|---|

```
            Douglas District Court
            1701 Farnam
            Omaha              NE 68183
```

To:
Case ID: CI 18   5372 R.A.D. Services, L v. State Farm Fire an

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons
upon the party:
_____

by _____

_____

_____

as required by Nebraska state law.

Service and return      $  _____

Copy                       _____

Mileage _____miles         _____

   TOTAL             $  _____

Date: _____  BY: _____
                                    (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                            _____

Postage $ _____   Attorney for:  _____

The return receipt for mailing to the party was signed on _____, _____.

```
To: State Farm Fire and Casualty Co.    From: Carrie K Gaines
    CSC Lawyers Incorp. Service Co.            663 N 132nd Street, Ste 158
    233 S. 13th St. Suite1900                 Omaha, NE 68154
    Lincoln, NE 68508
```

## ATTACH RETURN RECEIPT & RETURN TO COURT