IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| R.A.D. SERVICES, LLC, a Nebraska limited liability company, Assignee; and BROKRAM, INC., Elite Exteriors, a Nebraska Corporation. Assignee;<br><br>               Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>               Defendant. | 8:18CV348<br><br>**PROGRESSION ORDER (AMENDED)** |

State Farm Fire and Casualty Company filed an Unopposed Motion to Amend Progression Order. (Filing No. 34) Accordingly,

IT IS ORDERED that the final progression order is as follows:

1) The jury trial of this case is now set to commence before Laurie Smith Camp, Senior United States District Judge, in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **March 17, 2020**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is now scheduled to be held before the undersigned magistrate judge on **March 3, 2020** at **11:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on February 28, 2020.

3) The deposition deadline is now November 15, 2019.

4) Any motion to sever this case into separate trials for the claims alleged shall be filed on or before December 2, 2019.

5) The deadline for filing motions to dismiss and motions for summary

judgment is December 2, 2019.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 2, 2019.

7) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 23rd day of September, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge