IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| R.A.D. SERVICES, LLC, a Nebraska limited liability company, Assignee; and BROKRAM, INC., Elite Exteriors, a Nebraska Corporation. Assignee;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>Defendant. | 8:18CV348<br><br>**ORDER** |

After conferring with counsel for the parties,

IT IS ORDERED:

1) The deadline for filing motions for summary judgment and/or to dismiss is continued to June 18, 2021.

2) The jury trial of this case is set to commence before Brian C. Buescher, United States District Judge, in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **October 12, 2021**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at the commencement of trial.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 28, 2021** at **10:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on September 24, 2021.

May 11, 2021.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge